# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| Plaintiff, | |
| v. | Case No: 24-70 JWB/JFD |
| ASHLEY ANNE DYRDAHL, | |
| Defendant. | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Matthew Deates and Manny K. Atwal shall appear as appointed co-counsel of record for the above named defendant in this case.

Dated: 3/18/24

*s/Matthew Deates*
MATTHEW DEATES
Attorney ID No. 0400318
Attorney for Ashley Dyrdahl
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: 3/18/24

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Ashley Dyrdahl
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415